CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics
in Washington )
)
)
Plaintiff )
vs )      Civil Action No._____
)
U.S. Department of )
Homeland Security )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Citizens for Responsibility and Ethics in Washington certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of Citizens for Responsibility and Ethics in Washington which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

481460
_____
BAR IDENTIFICATION NO.

Kimberly D. Perkins
_____
Print Name

1400 Eye Street, N.W., Suite 450
_____
Address

Washington, D.C. 20005
_____
City          State          Zip Code

202-408-5565
_____
Phone Number