IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

## JOINT STATUS REPORT

Defendant United States Department of Homeland Security ("DHS") and Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") respectfully submit this Joint Status Report pursuant to the Court's August 30, 2007 Order.

CREW filed its Complaint on July 26, 2007, alleging that six components of DHS failed to produce records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, and improperly denied its request for fee waivers. DHS answered the Complaint on August 29, 2007.

The parties wish to resolve this case, to the greatest extent possible, without further contested proceedings. The parties are working together to clarify CREW's FOIA requests, and to reach a mutually agreeable schedule for releasing requested documents except those records or portions of records determined to merit withholding under applicable law, including 5 U.S.C. § 552(b). If necessary, DHS will provide to CREW a <u>Vaughn</u> index in order to identify the documents or portions of documents withheld, state the statutory exemption claimed, and explain the basis for the exemption.

The parties respectfully request that the Court allow them to submit an updated joint status report by January 11, 2008.

Seen and agreed to:

_____  9/27/07
KIMBERLY D. PERKINS     Date
D.C. Bar # 481460
Citizens for Responsibility and
Ethics in Washington
1400 Eye Street, NW; Suite 450
Washington, D.C. 20005
Tel: (202) 408-5565

*Counsel for Plaintiff*

_____  09/26/07
ELIZABETH JAY KELHOFFER  Date
D.C. Bar # 476896
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7324
Washington, D.C. 20001
Tel: (202) 514-4964
Fax: (202) 616-8470

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., N.W., Room 7324
Washington, D.C. 20001

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(d), the Joint Status Report was served on Plaintiff on September 28, 2007 by the Court's Case Management/Electronic Case Filing (CM/ECF) System.

_____
ELIZABETH JAY KELHOFFER