IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

## PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that William C. Holmes hereby enters an appearance on behalf of Plaintiff Citizens for Responsibility and Ethics in Washington as lead counsel.  Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to William C. Holmes.

                                                Respectfully Submitted


                                                /s/
                                        William C. Holmes
                                        D.C.. Bar No. 495186
                                        Citizens for Responsibility and
                                        Ethics in Washington
                                        1400 Eye Street, Suite 450
                                        Washington, D.C. 20005
                                        (202) 408-5565

Dated: January 11, 2008