IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

**PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL**

　　PLEASE TAKE NOTICE that William C. Holmes hereby enters an appearance as lead counsel in substitution for Kimberly D. Perkins.  Counsel request that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to William C. Holmes and Anne L. Weismann.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted


　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　William C. Holmes
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 495186)
　　　　　　　　　　　　　　　　　　　Anne L. Weismann
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 298190)
　　　　　　　　　　　　　　　　　　　Citizens for Responsibility and
　　　　　　　　　　　　　　　　　　　Ethics in Washington
　　　　　　　　　　　　　　　　　　　1400 Eye Street, Suite 450
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　(202) 408-5565

Dated: January 11, 2008