IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

## JOINT STATUS REPORT

Defendant United States Department of Homeland Security ("DHS") and Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") respectfully submit this Joint Status Report pursuant to the Court's October 1, 2007 Order.

CREW filed its Complaint on July 26, 2007, alleging that six components of DHS failed to produce records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, and improperly denied its request for fee waivers. DHS answered the Complaint on August 29, 2007. On September 28, 2007, the parties filed their Joint Status Report with the Court. In its October 1, 2007 Order, the Court deferred an initial status conference pursuant to the parties' request and ordered the parties to file this Joint Status Report.

The parties continue to wish to resolve this case, to the greatest extent possible, without further contested proceedings. The parties have worked together to narrow the scope of CREW's FOIA requests to eliminate certain voluminous or administrative documents from the requests, and to reach a mutually agreeable schedule for releasing requested documents except those

records or portions of records determined to merit withholding under applicable law, including 5 U.S.C. § 552(b). To date, the following DHS components have produced documents to CREW:

- the United States Coast Guard ("Coast Guard") sent responsive documents to CREW on May 8, 2007 and on November 23, 2007;

- the United States Secret Service ("Secret Service") sent responsive documents to CREW on August 22, 2007;

- the Federal Emergency Management Agency ("FEMA") sent responsive documents to CREW on November 14, 2007; and

- the United States Immigration and Customs Enforcement ("ICE") sent responsive documents to CREW on December 28, 2007.

The Coast Guard, Secret Service, and FEMA believe that their productions to CREW are complete. The following DHS components have agreed to produce documents to CREW as follows:

- ICE will complete its production of documents to CREW by April 30, 2008 and will produce documents to CREW on a rolling basis;

- by January 18, 2008, the United States Customs and Border Protection ("CBP") will provide to CREW its deadline for the production of its documents; and

- by January 31, 2008, the Transportation Security Administration ("TSA") will provide to CREW its deadline for the production of its documents.

If necessary, DHS will provide to CREW a Vaughn index in order to identify the documents or portions of documents withheld, state the statutory exemption claimed, and explain the basis for the exemption.

The parties respectfully request that the Court allow them to defer an initial status conference or briefing schedule and to submit an updated joint status report by May 9, 2008.

Seen and agreed to:

| | |
|---|---|
| _____ 1/11/08<br>WILLIAM C. HOLMES    Date<br>D.C. Bar # 495186<br>ANNE L. WEISMANN<br>D.C. Bar # 298190<br>Citizens for Responsibility and<br>Ethics in Washington<br>400 Eye Street, NW; Suite 450<br>Washington, D.C. 20005<br>Tel: (202) 408-5565<br><br>*Counsel for Plaintiff* | _____ 01/11/08<br>ELIZABETH JAY KELHOFFER  Date<br>D.C. Bar # 476896<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7324<br>Washington, D.C. 20001<br>Tel: (202) 514-4964<br>Fax: (202) 616-8470<br><br>Mailing Address:<br>Post Office Box 883<br>Washington, D.C. 20044<br><br>Courier Address:<br>20 Massachusetts Ave., N.W., Room 7324<br>Washington, D.C. 20001<br><br>*Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(d), the Joint Status Report was served on Plaintiff on January 11, 2008 by the Court's Case Management/Electronic Case Filing (CM/ECF) System.

_____
ELIZABETH JAY KELHOFFER