**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

**JOINT STATUS REPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of Homeland Security ("DHS") respectfully submit this Joint Status Report pursuant to the Court's February 11, 2008 Order.

CREW filed its Complaint on July 26, 2007, alleging that six components of DHS failed to produce records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, and improperly denied its requests for fee waivers. DHS answered the Complaint on August 29, 2007. On September 28, 2007 and January 11, 2008, the parties filed Joint Status Reports with the Court. In its October 1, 2007 and February 11, 2008 Orders, the Court deferred the initial status conference and briefing schedule pursuant to the parties' request and ordered the parties to file subsequent Joint Status Reports.

The parties still hope to resolve this case, to the greatest extent possible, without further contested proceedings. The parties have worked together to narrow the scope of CREW's FOIA requests and to reach a mutually agreeable schedule for releasing requested documents except

those records or portions of records DHS claims are exempt under applicable law, including 5 U.S.C. § 552(b). To date, the following DHS components have produced documents to CREW:

- the United States Coast Guard ("Coast Guard") sent responsive documents to CREW on May 8, 2007 and on November 23, 2007;

- the United States Secret Service ("Secret Service") sent responsive documents to CREW on August 22, 2007;

- the Federal Emergency Management Agency ("FEMA") sent responsive documents to CREW on November 14, 2007;

- the United States Immigration and Customs Enforcement ("ICE") sent responsive documents to CREW on December 28, 2007 and on May 8, 2008; and

- the Transportation Security Administration ("TSA") sent responsive documents to CREW on March 28, 2007.

The Coast Guard, Secret Service, FEMA, ICE, and TSA have determined that their productions to CREW are complete.[1] United States Customs and Border Protection ("CBP") will produce documents to CREW on a rolling basis by October 17, 2008. If necessary, DHS will provide to CREW a Vaughn index in order to identify the documents or portions of documents withheld, state the statutory exemption claimed, and explain the basis for the exemption.

The parties respectfully request that the Court allow them to defer an initial status conference or briefing schedule and to submit an updated joint status report by August 29, 2008.

---

[1] CREW has not yet completed its review of the exemptions claimed by the Coast Guard, the Secret Service, FEMA, ICE and TSA with respect to certain of these documents and reserves its right to contest such claimed exemptions.

Seen and agreed to:

| | |
|---|---|
| __/s__  **William C. Holmes**     __5/9/08__ | ___/s **Elizabeth Jay Kelhoffer**_    __5/9/08__ |
| WILLIAM C. HOLMES         Date | ELIZABETH JAY KELHOFFER   Date |
| (D.C. Bar No. 495186) | D.C. Bar # 476896 |
| Anne L. Weismann | United States Department of Justice |
| (D.C. Bar No. 298190) | Civil Division, Federal Programs Branch |
| Melanie Sloan | 20 Massachusetts Ave., N.W., Room 7324 |
| (D.C. Bar No. 434584) | Washington, D.C.  20001 |
| Citizens for Responsibility and Ethics | Tel: (202) 514-4964 |
|    in Washington | Fax: (202) 616-8470 |
| 1400 Eye Street, N.W., Suite 450 | |
| Washington, D.C.  20530 | |
| Telephone:  202-408-5565 | Mailing Address: |
| Fax:  202-508-5020 | Post Office Box 883 |
| | Washington, D.C.  20044 |
| *Counsel for Plaintiff* | |
| | Courier Address: |
| | 20 Massachusetts Ave., N.W., Room 7324 |
| | Washington, D.C.  20001 |
| | |
| | *Counsel for Defendant* |

May 9, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>  Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | Civil Action No. 1:07-CV-1361 (RMU) |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(d), the Joint Status Report was served on Defendant on May 9, 2008 by the Court's Case Management/Electronic Case Filing (CM/ECF) System.

             **/s William C. Holmes**
             WILLIAM C. HOLMES