AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON              )
        Plaintiff(s)         )        **APPEARANCE**
                          )
                          )
        vs.                  )        CASE NUMBER    07-1361 (RMU)
U. S. DEPARTMENT OF HOMELAND      )
SECURITY                          )
        Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Scott A. Hodes   as counsel in this
                              (Attorney's Name)

case for:   Citizens for Responsibility and Ethics in Washington
                        (Name of party or parties)


July 11, 2008                              _/s/ Scott A. Hodes_
Date                                       Signature
                                           Scott A. Hodes
                                           Print Name
D.C. Bar# 430375
BAR IDENTIFICATION                         P.O. Box 42002
                                           Address
                                           Washington, D.C.  20015
                                           City       State       Zip Code
                                           301-404-0502
                                           Phone Number