IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | )<br>)<br>)　Civil Action No. 1:07-CV-1361 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

　　　　Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of Homeland Security ("DHS") respectfully submit this Joint Status Report pursuant to the Court's May 12, 2008 Order.

　　　　CREW filed its Complaint on July 26, 2007, alleging that six components of DHS failed to produce records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq., and improperly denied its requests for fee waivers. DHS answered the Complaint on August 29, 2007. On September 28, 2007, January 11, 2008, and May 9, 2008, the parties filed Joint Status Reports with the Court. In its October 1, 2007, February 11, 2008, and May 12, 2008 Orders, the Court deferred the initial status conference and briefing schedule pursuant to the parties' request and ordered the parties to file subsequent Joint Status Reports.

　　　　The parties still wish to resolve this case, to the greatest extent possible, without further contested proceedings. The parties have worked together to narrow the scope of CREW's FOIA requests and to reach a mutually agreeable schedule for releasing requested documents except

those records or portions of records DHS claims are exempt under applicable law, including 5 U.S.C. § 552(b). Following is the status of each agency's production to CREW:

<u>United States Coast Guard</u>

The United States Coast Guard ("Coast Guard") sent responsive documents to CREW on May 8, 2007 and on November 23, 2007, and has determined that its production is complete. CREW is satisfied with the Coast Guard's release of documents, and will not contest the withholdings made pursuant to Exemptions 4 and 5 of the FOIA.

<u>United States Secret Service</u>

The United States Secret Service ("Secret Service") sent responsive documents to CREW on August 22, 2007. CREW has informed the Secret Service that it will contest the withholdings made pursuant to Exemption 1 of the FOIA, but will not contest the withholdings made pursuant to Exemptions 2, 4, 6, and 7(C) of the FOIA. The Secret Service is reviewing its withholdings to determine if any non-privileged information can be released to CREW.

<u>Federal Emergency Management Agency</u>

The Federal Emergency Management Agency ("FEMA") sent responsive documents to CREW on November 14, 2007, and has determined that its production is complete. CREW has informed FEMA that it has not received a National Disaster Medical System ("NDMS") contract that was referred to DHS. FEMA has informed CREW that it will release the contract.

<u>United States Immigration and Customs Enforcement</u>

The United States Immigration and Customs Enforcement ("ICE") sent responsive documents to CREW on December 28, 2007 and May 8, 2008. CREW has informed ICE that it

will contest the withholdings made pursuant to Exemptions 2, 3, and 5 of the FOIA, but will not contest the withholdings made pursuant to Exemptions 4 and 6. ICE is reviewing its withholdings to determine if any non-privileged information can be released to CREW.

### Transportation Security Administration

The Transportation Security Administration ("TSA") sent responsive documents to CREW on March 28, 2008. CREW has informed TSA that it will contest the withholdings made pursuant to Exemption 5 of the FOIA, but will not contest the withholdings under Exemptions 2 and 6. TSA is reviewing its Exemption 5 withholdings to determine if any non-privileged information can be released to CREW.

### United States Customs and Border Protection

The United States Customs and Border Protection ("CBP") will produce documents to CREW on a rolling basis to be completed by October 17, 2008. CREW reserves the right to contest any claimed exemptions under the FOIA by CBP.

If necessary, DHS will provide to CREW a Vaughn index in order to identify the documents or portions of documents withheld, state the statutory exemption claimed, and explain the basis for the exemption.

The parties respectfully request that the Court allow them to defer an initial status conference or briefing schedule and to submit an updated joint status report by November 21, 2008.

Seen and agreed to:


_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502
413-641-2833 (fax)


_____/s/_____
Anne L. Weismann, D.C. Bar # 298190
Melanie Sloan, D.C. Bar # 434584
Citizens for Ethics and
Responsibility in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.
202-408-5565
202-588-5020 (fax)
*Attorneys for Plaintiff*


_____/s/_____
Daniel Riess (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
20 Massachusetts Ave., NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
*Attorney for Defendant*


Dated: August 29, 2008